The judgment is reversed, and the cause remanded.

---

David BURTON, Appellant, v. STATE of Texas, Appellee. (No. 12490.)

Court of Criminal Appeals of Texas. April 17, 1929.

Taylor & Irwin and G. L. Armstrong, all of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property under the value of $50; the punishment, confinement in the county jail for 180 days.

No statement of facts or bills of exception are found in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.